UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS

**United States of America**

**-vs-**  Case No.  2:25-mj-34

**Adalberto Calixto Tolentino**

## COURTROOM MINUTES

| JUDGE: | Chelsey M. Vascura | DATE AND TIME: | 1/24/2025 12:48pm |
|---|---|---|---|
| DEPUTY CLERK: | Allie Moran | COUNSEL FOR GOVT: | Tyler Aagard |
| RECORD: | CourtSmart | COUNSEL FOR DEFT(S). | Soma Dutta |
| INTERPRETER: | Rafael Montanez | Pretrial/Probation | Tiara Turner |

Initial Appearance

-Dft appeared and was advised of rights, charges, and potential penalties
-Financial Affidavit submitted, Federal Public Defender Soma Dutta appointed
-Government ordered to notify Consular Office
-Detention Hearing set for Monday, 1/27  at 1:45pm before Judge Vascura ; Preliminary Hearing set for Friday, 2/7 at 2pm before Judge King
-Defendant remanded to custody of USMS